■ In the Matter of WALTER B. LANGLEY, Respondent, v. JULIAN B. ERWAY, Appellant, and JOHN P. LOMENZO, as Secretary of State of the State of New

* Fictitious names.

York, et al., Respondents. In the Matter of JULIAN B. ERWAY, Appellant-Respondent, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, et al., Respondents, and WALTER B. LANGLEY, Respondent-Appellant.— MEMORANDUM BY THE COURT. Judgments affirmed, without costs. We affirm all findings of fact. We find dispositive of each case the fact that there existed no party committee "representing the political subdivision", i.e., the senatorial district (Election Law § 137, subd. 4) in that in Schoharie County there had not been "elected a Conservative Party county committee pursuant to the Election Law" (Rules and Regulations of the Conservative Party of the State of New York, art. IX, § 6, subd. [a]) with the result that under said subdivision "(a)" only the State Executive Committee of the Conservative Party could authorize the designation. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court. [57 Misc 2d 1.]